IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MITCHELL CAMERON RAMSEY                                                              PLAINTIFF

      v.                              Civil No. 14-5009

SHERIFF KELLEY CRADDUCK,
Benton County, Arkansas                                                               DEFENDANT

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis.*

When he filed this case, Plaintiff was incarcerated in the Benton County Detention Center. Plaintiff was specifically advised (Doc. 3) that he had the obligation to keep the Court informed of his current address at all times.

Mail has been returned to the Court as undeliverable. No new address is available.

I therefore recommend that the case be dismissed with prejudice based on the Plaintiff's failure to obey the order of the Court and his failure to prosecute this case. Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 25th day of April 2014.

                                  /s/ *Erin L. Setser*
                                  HON. ERIN L. SETSER
                                  UNITED STATES MAGISTRATE JUDGE